UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
OWENSBORO DIVISION
CIVIL ACTION NO.: 04:07CV-16(M)

| | |
|---|---|
| GREGORY AULL | PLAINTIFF |
| vs. | |
| MICHAEL WADE JONES, D.O., and | 4:07cv-127 M |
| ROBERT BYRD, M.D., and | |
| ALAN P. MULLINS, M.D., and | |
| OWENSBORO MEDICAL HEATH SYSTEM, and | |
| COGENT HEALTH CARE, INC., and | |
| EMERGENCY PHYSICIANS GROUP | DEFENDANTS |

Serve:  Michael Wade Jones, D.O.
811 E. Parrish Ave., Suite 4012
Owensboro, KY 42303

Serve:  John T. Countzler
811 E. Parrish Ave.
Owensboro, KY 42303

Serve:  Robert Byrd, M.D.
1635 Daniels Lane
Owensboro, KY 42303

Serve:  CSC-Lawyers Incorporating
Service Company
421 West Main Street
Frankfort, KY 40601

Serve:  Alan P. Mullins, M.D.
2801 New Hartford Rd.
Owensboro, KY 42303

Serve:  James A. Coomes, M.D.
819 E. 9th Street, Ste. 10
Owensboro, KY 42303

---

COMPLAINT

---

Plaintiff, by counsel, for his Complaint against the Defendants, states as follows:

1. At all times material hereto the Plaintiff, Gregory Wayne All, was a resident and citizen of Daviess County, Kentucky.

2. At all times material hereto the Defendant, Michael Wade Jones, D.O. was a doctor licensed to practice medicine in the Commonwealth of Kentucky and doing business in Daviess County, Kentucky.

3. At all times material hereto the Defendant, Robert Byrd, M.D., was a doctor licensed to practice medicine in the Commonwealth of Kentucky and doing business in Daviess County, Kentucky.

4. At all times material hereto the Defendant, Alan P. Mullins, M.D. was a doctor licensed to practice medicine in the Commonwealth of Kentucky and doing business in Daviess County, Kentucky.

5. At all times material hereto the Defendant, Owensboro Medical Health System, Inc., was a business entity organized for the purpose of providing medical services in Daviess County, Kentucky.  Owensboro Medical Health System, Inc.'s registered agent for service of process is John T. Countzler, 811 E. Parrish Ave., Owensboro, Kentucky, 42303.

6. At all times material hereto the Defendant, Cogent Health Care, Inc., was a business entity organized for the purpose of providing medical services in Daviess County, Kentucky, but incorporated in Delaware. Cogent Health Care, Inc.'s registered agent for service of process is CSC-Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, KY 40601.

7. At all times material hereto the Defendant, Emergency Physicians Group, was a business entity organized for the purpose of providing medical services in Daviess County, Kentucky. Emergency Physicians Group's registered

agent for service of process is James A. Coomes, M.D., 819 E. 9th Street, Suite 10, Owensboro, KY, 42303.

8.  Jurisdiction is proper in this Court pursuant to 28 U.S.C. sec. 1332 in that the parties are of diverse citizenship with Defendant Cogent Health Care, Inc. being a Delaware corporation and the other parties being citizens of Kentucky.

9.  Venue is proper in this Court in that all of the relevant events occurring between the parties occurred in Daviess County, Kentucky.

10. The Defendants in providing medical treatment to the Plaintiff, Gregory Wayne Aull, in Daviess County, Kentucky, negligently failed to exercise that degree of care required by a medical caregiver in the Defendants' area of specialty, and acting under the same or similar circumstances.

11. As a direct and proximate cause of the Defendants' negligence, the Plaintiff, Gregory Wayne Aull, has sustained permanent injury, lost income, had his ability to earn money in the future impaired, sustained a loss of enjoyment of life, both in the past and into the future, and incurred past and future medical expenses, including travel expenses for purposes of treatment.

WHEREFORE the Plaintiff, by counsel, moves this Honorable Court for judgment against the Defendants in an amount in excess of the minimum jurisdiction of this court and in an amount to determine to be fair and reasonable by a jury of his peers at trial, for his costs herein incurred, for pre-suit judgment and post judgment interest at the highest legal rate, for his reasonable

attorney's fees incurred herein, for leave to amend as appropriate, and for any other further and just relief to which he may appear entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

This the 15th day of October, 2007.

Respectfully submitted,

/s/Evan Taylor
Evan Taylor
2207 Frederica Street
Owensboro, KY 42301
(270) 683-3533
Counsel for Plaintiffs