## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**CIVIL ACTION NO. 4:07-cv-127-JHM**

**GREGORY AULL**                                                                              **PLAINTIFF**

**V.**

**ROBERT BYRD, M.D.**                                                                         **DEFENDANT**

### JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendant, and the Court on this date having issued a Memorandum Opinion and Order granting the motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendant consistent with the Court's Memorandum Opinion and Order, Plaintiff's 42 U.S.C. § 1983 claim be dismissed with prejudice, and Plaintiff's negligence claim be dismissed without prejudice.

cc: counsel of record